ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 15-188C

(Filed: June 25, 2015)

| | |
|---|---|
| SHEIK AARON HUNTER-EL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE UNITED STATES, ) <br> ) <br> Defendant. ) <br> ) | |

FILED

JUN 25 2015

U.S. COURT OF
FEDERAL CLAIMS

## ORDER FOR DISMISSAL

Sheik Aaron Hunter-El, appearing before the court *pro se*, filed his complaint on February 25, 2015, but did not include the required filing fee of $400.00 or an application to proceed *in forma pauperis*. On April 13, 2015, the court ordered Mr. Hunter-El to submit the required filing fee or an application to proceed *in forma pauperis* by May 10, 2015. Mr. Hunter-El failed to comply.

On May 13, 2015, the court ordered Mr. Hunter-El to show cause why his case should not be dismissed. Mr. Hunter-El responded on June 4, 2015, but in lieu of legal tender, Mr. Hunter-El instead filed a motion to implead the Moorish Science Temple of America to cover his costs and fees and referred to a payment voucher attached to the complaint indicating a suretyship underwritten by the Noble Drew Ali Trust Estate, Trust No. 10105905.

Mr. Hunter-El's professed institutional and personal sureties are inadequate and do not comply with the orders requiring submission of a proper payment of the filing fee or an application to proceed *in forma pauperis*. In short, Mr. Hunter-El has not made a showing of cause why the case should not be dismissed.

The clerk shall enter judgment dismissing Mr. Hunter-El's complaint for failure to pay the requisite filing fee.

It is so ORDERED.

Charles F. Lettow
Judge